UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2013-3524

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on May 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kay Dee Trygar
aka Kay Trygar
aka Kay D. Blevins
aka Kay Blevins

Case No.:  18-16562-KCF

Hearing Date: 04/25/2018

Judge:  Honorable Kathryn C. Ferguson

Chapter:  13

### ORDER EXTENDING STAY AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: May 25, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:  Kay Dee Trygar
aka Kay Trygar
aka Kay D. Blevins
aka Kay Blevins

Case No.:  18-16562-KCF

Caption of Order:    ORDER EXTENDING STAY AND PROVIDING OTHER RELIEF

Upon the Debtor's motion to continue the automatic stay filed by Bruce H. Levitt, Esquire on behalf of the Debtor and the opposition and cross-motion of Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., Debtor's Mortgagee, as to the real property known as 45 Columbus Avenue, Edison, New Jersey 08817, appearing and for cause shown, it is

**ORDERED** as follows:

1. The automatic stay of creditors is hereby extended as to all creditors, subject to the limitations set forth herein.
2. Debtor shall remit the mortgage payment due to Mortgagee no later than May 1, 2018.
3. Debtor shall resume regular mortgage payments due to the Mortgagee commencing on June 1, 2018.
4. Should debtor default in any payment due to the Mortgagee for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, prospective stay relief shall be awarded by further order of this Court.
5. The Mortgagee shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.